COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:        Amado Yanez v. Daniela Ducasson

Appellate case number:    01-12-00173-CV

Trial court case number:  2009-80317

Trial court:                        281st District Court of Harris County

Appellant, Amado Yanez, has filed a motion to substitute counsel, seeking to substitute his current counsel with Jill S. Willhoft and Alfred J. Rufty, III of Harris & Rufty, LLC.  Ms. Willhoft is licensed to practice in Texas.  We can find no proof, however, that Mr. Rufty is licenses to practice in Texas, or that he has received permission to appear pro hac vice.  *See* Tex. R. Govern. Bar Adm'n R. XIX (West 2012).

Accordingly, we GRANT the portion of the motion requesting that Tanya N. Garrison and all other attorneys at Weycer, Kaplan, Pulaski & Zuber, PC be allowed to withdraw from their representation of Yanez.  We further GRANT the portion of the motion requesting that Jill S. Willhoft be the attorney-of-record in this appeal.  We DENY, however, the portion of the motion requesting that Alfred J. Rufty, III also be an attorney-of-record in this appeal.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                            Acting individually


Date:  February 26, 2013